FILED
APR 29 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Joseph PARK
_Petitioner_

v.

F. GARZA
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 4:22 CV 0698
(Supplied by Clerk of Court)

JUDGE POLSTER
MAG JUDGE CLAY

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Joseph Ricky PARK
    (b) Other names you have used: Joseph Ricky DeMasi
2.  Place of confinement:
    (a) Name of institution: Federal Correctional Institution - Elkton
    (b) Address: PO Box 10, Lisbon OH 44432

    (c) Your identification number: 05060-093
3.  Are you currently being held on orders by:
    ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: U.S. District Court for the District of Columbia, Washington, D.C.
    (b) Docket number of criminal case: 16-CR-09 (TSC)
    (c) Date of sentencing: 10/22/2021
    ☐ Being held on an immigration charge
    ☐ Other (explain):

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☐ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: U.S. Court of Appeals for the D.C. Circuit
   (b) Docket number, case number, or opinion number: #18-3017
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Finding that district court erred in dismissing my indictment charging production of child pornography & sexually abusing a child while residing in Viet Nam in violation of the PROTECT Act because the Act was constitutional as applied
   (d) Date of the decision or action: Sept. 13, 2019

## Your Earlier Challenges of the Decision or Action

7. First appeal
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: My attorney felt we'd be unlikely to prevail because I'd given up my right to appeal. Also, I was told I'd be able to appeal after a final decision, but that turned out not to be true.

8. Second appeal

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes ☒ No

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: I did not file a first appeal

9. Third appeal

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes ☒ No

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: I did not file a second appeal.

10. Motion under 28 U.S.C. § 2255

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Any result of a proceeding under §2255 is appealable to the DC Circuit Court which has already abused its discretion in reversing the decision of the trial court

11. Appeals of immigration proceedings

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. Other appeals

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes      ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _MOTION TO DISMISS_
(b) Name of the authority, agency, or court: _US District Court for the District of Columbia_
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _16-CR-07 (TSC)_
(e) Result: _Case dismissed_
(f) Date of result: _____
(g) Issues raised: _18 USC §2423(c) + (e) are unconstitutional as applied in this case_

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: _Congress did not have the extraterritorial jurisdiction to pass the PROTECT Act as amended in 2013_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I had left the US in 2003 & never once stepped foot back in the country, nor was I ever planning to. After living in Viet Nam for four years, it was my new, permanent home where I had a job and an apartment, ie, I resided there which Congress unconstitutionally made illegal 10 years later for those engaged in non-commercial illicit activity.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☑ No

GROUND TWO: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

GROUND THREE: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

Request for Relief

15. State exactly what you want the court to do: 1. DISMISS MY CONVICTION; AND 2. RELEASE ME FROM CUSTODY.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
4/25/22

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/25/22

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any